| DUE DATE | | Calkins | | 9 | | | | | | Atty Main | | Chase Auto | | State of Michigan | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9TH** | | 1/9/2021 | | | | 10.0% | | | | Fee | | | | | |
| | | Unsecured | | Debtor Pmt | | Tee Fee | | ATTY | | | | | | | |
| | 60 | | 60 | | | | | | | | | | | | |
| 1/9/2021 | 1 | ($0.00) | | $987.65 | | $98.77 | | $489.06 | | | | $399.83 | 1 at | Unsecured | |
| 2/9/2021 | 2 | ($0.00) | | $987.65 | | $98.77 | | $489.06 | | | | $399.83 | 1 at | Per Creditor | |
| 3/9/2021 | 3 | ($0.00) | | $987.65 | | $98.77 | 3 at | $489.06 | | | | $399.83 | | | |
| 4/9/2021 | 4 | ($0.00) | | $987.65 | | $98.77 | 1 at | $332.82 | | | | $399.83 | 4 at | $399.83 | |
| 5/9/2021 | 5 | ($0.00) | | $987.65 | | $98.77 | | | | | | $392.71 | | | |
| 6/9/2021 | 6 | ($0.00) | | $987.65 | | $98.77 | | | | | | $392.71 | | | |
| 7/9/2021 | 7 | ($0.00) | | $987.65 | | $98.77 | | | | | | $392.71 | | | |
| 8/9/2021 | 8 | ($0.00) | | $987.65 | | $98.77 | | | | | | $392.71 | | | |
| 9/9/2021 | 9 | ($0.00) | | $987.65 | | $98.77 | | | | | | $392.71 | | | |
| 10/9/2021 | 10 | ($0.00) | | $987.65 | | $98.77 | | | | | | $392.71 | | | |
| 11/9/2021 | 11 | ($0.00) | | $987.65 | | $98.77 | | | | | | $392.71 | | | |
| 12/9/2021 | 12 | ($0.00) | | $987.65 | | $98.77 | | | 12 at | | | $392.71 | | | |
| 1/9/2022 | 13 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 2/9/2022 | 14 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 3/9/2022 | 15 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 4/9/2022 | 16 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 5/9/2022 | 17 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 6/9/2022 | 18 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 7/9/2022 | 19 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 8/9/2022 | 20 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 9/9/2022 | 21 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 10/9/2022 | 22 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 11/9/2022 | 23 | ($0.00) | | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 12/9/2022 | 24 | ($0.00) | 24 at | $987.65 | | $98.77 | | | | $50.00 | | $392.71 | | | |
| 1/9/2023 | 25 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 2/9/2023 | 26 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 3/9/2023 | 27 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 4/9/2023 | 28 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 5/9/2023 | 29 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 6/9/2023 | 30 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 7/9/2023 | 31 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 8/9/2023 | 32 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 9/9/2023 | 33 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 10/9/2023 | 34 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 11/9/2023 | 35 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 12/9/2023 | 36 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 1/9/2024 | 37 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 2/9/2024 | 38 | $0.01 | | $1,161.15 | | $116.12 | 34 at | | | $50.00 | | $392.71 | | | |
| 3/9/2024 | 39 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 4/9/2024 | 40 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 5/9/2024 | 41 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 6/9/2024 | 42 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 7/9/2024 | 43 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 8/9/2024 | 44 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 9/9/2024 | 45 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 10/9/2024 | 46 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 11/9/2024 | 47 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 12/9/2024 | 48 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 1/9/2025 | 49 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 2/9/2025 | 50 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 3/9/2025 | 51 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 4/9/2025 | 52 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 5/9/2025 | 53 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 6/9/2025 | 54 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 7/9/2025 | 55 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | | $392.71 | | | |
| 8/9/2025 | 56 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | 52 at | $392.71 | | | |
| 9/9/2025 | 57 | $0.01 | | $1,161.15 | | $116.12 | | | | $50.00 | 1 at | $199.56 | | | |
| 10/9/2025 | 58 | ($0.00) | | $1,161.15 | | $116.12 | | | | $50.00 | 1 at | PIF | | | |
| 11/9/2025 | 59 | ($0.00) | | $1,161.15 | | $116.12 | | | | $50.00 | | | | | |
| 12/9/2025 | 60 | $46.58 | 36 at | $1,161.15 | | $116.12 | 22 at | | 48 at | $50.00 | | | | | |
| | | | | | | | | | | | | | | | |
| | | $46.61 | | $65,505.00 | | $6,550.50 | | $1,800.00 | | $2,400.00 | | $22,219.80 | | | |
| | | $401,141.81 | | | | | | ATTY | | | | PD at 6.56% | | | |
| | | 0% | | | | | | | | | | Agreed | | | |
| | | | | | | | | | | | | Order | | | |
| | | Un-Exempt | | | | | | | | | | | | | |

| DUE DATE 9TH | | | Aaron's | | IRS Secured | | IRS Priority | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | | | |
| 1/9/2021 | 1 | | | | | | | | | | | | | | |
| 2/9/2021 | 2 | | | | | | | | | | | | | | |
| 3/9/2021 | 3 | 3 at | | | | | 3 at | | | | | | | | |
| 4/9/2021 | 4 | | $16.22 | 4 at | | 1 at | $140.02 | | | | | | | | |
| 5/9/2021 | 5 | | $16.22 | | $131.33 | | $348.63 | | | | | | | | |
| 6/9/2021 | 6 | | $16.22 | | $131.33 | | $348.63 | | | | | | | | |
| 7/9/2021 | 7 | | $16.22 | | $131.33 | | $348.63 | | | | | | | | |
| 8/9/2021 | 8 | | $16.22 | | $131.33 | | $348.63 | | | | | | | | |
| 9/9/2021 | 9 | | $16.22 | | $131.33 | | $348.63 | | | | | | | | |
| 10/9/2021 | 10 | | $16.22 | | $131.33 | | $348.63 | | | | | | | | |
| 11/9/2021 | 11 | | $16.22 | | $131.33 | | $348.63 | | | | | | | | |
| 12/9/2021 | 12 | | $16.22 | | $131.33 | 8 at | $348.63 | | | | | | | | |
| 1/9/2022 | 13 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 2/9/2022 | 14 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 3/9/2022 | 15 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 4/9/2022 | 16 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 5/9/2022 | 17 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 6/9/2022 | 18 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 7/9/2022 | 19 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 8/9/2022 | 20 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 9/9/2022 | 21 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 10/9/2022 | 22 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 11/9/2022 | 23 | | $16.22 | | $131.33 | | $298.63 | | | | | | | | |
| 12/9/2022 | 24 | | $16.22 | | $131.33 | 12 at | $298.63 | | | | | | | | |
| 1/9/2023 | 25 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 2/9/2023 | 26 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 3/9/2023 | 27 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 4/9/2023 | 28 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 5/9/2023 | 29 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 6/9/2023 | 30 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 7/9/2023 | 31 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 8/9/2023 | 32 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 9/9/2023 | 33 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 10/9/2023 | 34 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 11/9/2023 | 35 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 12/9/2023 | 36 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 1/9/2024 | 37 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 2/9/2024 | 38 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 3/9/2024 | 39 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 4/9/2024 | 40 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 5/9/2024 | 41 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 6/9/2024 | 42 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 7/9/2024 | 43 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 8/9/2024 | 44 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 9/9/2024 | 45 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 10/9/2024 | 46 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 11/9/2024 | 47 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 12/9/2024 | 48 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 1/9/2025 | 49 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 2/9/2025 | 50 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 3/9/2025 | 51 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 4/9/2025 | 52 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 5/9/2025 | 53 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 6/9/2025 | 54 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 7/9/2025 | 55 | | $16.22 | | $131.33 | | $454.77 | | | | | | | | |
| 8/9/2025 | 56 | 53 at | $16.22 | | $131.33 | 32 at | $454.77 | | | | | | | | |
| 9/9/2025 | 57 | 1 at | $16.21 | | $131.33 | 1 at | $647.93 | | | | | | | | |
| 10/9/2025 | 58 | 1 at | $16.22 | | $131.33 | 1 at | $847.49 | | | | | | | | |
| 11/9/2025 | 59 | 1 at | $16.65 | 55 at | $131.33 | 1 at | $847.06 | | | | | | | | |
| 12/9/2025 | 60 | 1 at | PIF | 1 at | $167.37 | 1 at | $781.09 | 60 at | | 60 at | | 60 at | | 60 at | |
| | | | | | | | | | | | | | | | |
| | | | $908.74 | | $7,390.52 | | $24,188.83 | | | | | | | | |
| | | | | | PD @ 3% | | PD @ 4% | | | | | | | | |